■ Kenneth Guercio et al., Appellants, v Brookhaven Memorial Hospital Medical Center, Respondent. [859 NYS2d 384]—In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Suffolk County (Pines, J.), dated April 27, 2007, which granted the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The defendant established its prima facie entitlement to summary judgment dismissing the complaint. In opposition, the plaintiffs failed to raise a triable issue of fact.

The plaintiffs' remaining contentions are without merit. Mastro, J.P., Spolzino, Ritter and Leventhal, JJ., concur.